**No. 23-3190**                    **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** December 20, 2023

United States of America,

   Appellee

  v.

Donald J. Trump,

   Appellant

  **BEFORE:** Millett, Pillard, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the court's order to show cause why the opinion filed under seal on December 8, 2023, should not be unsealed, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the sealed opinion issued December 8, 2023, be amended as follows:

(1) Slip Op., p.47:

Delete: "staffs of court"

Insert in lieu thereof: "staffs of the court".

(2) Slip Op., p.65:

Delete: "it is not enough that Mr. Trump"

Insert in lieu thereof: "Mr. Trump must have done".

It is,

**FURTHER ORDERED** that the opinion filed under seal on December 8, 2023, as amended and with formatting changes, be unsealed. The Clerk is directed to unseal the opinion and release it publicly.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3190**                                        **September Term, 2023**

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk